```
___FILED        ___RECEIVED
___ENTERED      ___SERVED ON
              COUNSEL/PARTIES OF RECORD

        MAR 1 5 2023

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-253-GMN-BNW |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| SHANNON COOPER, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Shannon Cooper to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Shannon Cooper pled guilty. Criminal Information, ECF No. 8; Preliminary Order of Forfeiture, ECF No. 11; Plea Agreement, ECF No. 12; Arraignment & Plea, ECF No. 14.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 24, 2022, through January 22, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 16-1, p. 5.

1 | This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 17.

On January 6, 2023, the United States Attorney's Office served Julie Brown at zip code 89107 by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 17-1, p. 3-13.

On January 6, 2023, the United States Attorney's Office served and attempted to serve Julie Brown at zip code 89146 by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 17-1, p. 3-10, 14-16.

On January 6, 2023, the United States Attorney's Office served Jason Morgan at zip code 89107 by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 17-1, p. 3-10, 17-18.

On January 6, 2023, the United States Attorney's Office served Jason Morgan at zip code 89102 by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 17-1, p. 3-10, 19-20.

On January 6, 2023, the United States Attorney's Office served and attempted to serve Jason Morgan at zip code 89146 by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 17-1, p. 3-10, 21-23.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

///

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. one Gateway computer tower, model: FX530B, bearing number: 0040416297 containing a Seagate 160 GB hard drive bearing serial number:64A2NNK4;
2. one Antec computer tower containing a Western Digital 600 GB hard drive bearing seral number:WD-WX61EC1XKR52; and
3. one Averatec notebook bearing serial number:SY5271000830 containing a Hitachi 80 GB hard drive bearing serial number:MRA401K6KG9LAH

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _March 15_, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE